# EXHIBIT 1

# EXHIBIT 11
# ZELIS PROPOSAL

**From:**
**Subject:** Successful transmission to ▮▮▮ Re: RE:SAN JOSE NEURO - ▮▮▮
**Date:** 07/11/2023 01:23 PM
**To:**



Your fax was successfully sent to ▮▮▮ by eFax.

## Fax Details

**Reference Id:** ▮▮▮
**Date:** 2023-07-11 20:21:50 (GMT)
**Number of Pages:** 3
**Length of Transmission:** 112 seconds
**Receiving Machine Fax ID:** INTERFAX

Mobile Apps

© 2023 Consensus Cloud Solutions, Inc or its subsidiaries (collectively, "Consensus") All rights reserved
eFax is a registered trademark of Consensus.
700 S Flower St, 15th Floor, Los Angeles, CA 90017

This account is subject to the terms listed in the eFax Customer Agreement

# FAX COVER SHEET

| | |
|---|---|
| TO | BRET ALBERT |
| COMPANY | ZELIS |
| FAX NUMBER | 19089167830 |
| FROM | Mark Flores |
| DATE | 2023-07-11 20:19:32 GMT |
| RE | RE:SAN JOSE NEURO - ▮▮▮▮▮ |

## COVER MESSAGE

Good afternoon,

Attached is the proposal we received from you with a counter offer.

Please consider proposal.



Proposal Expires: 07/12/2023

The attached proposal is being submitted to you for consideration and remittance of payment on the below detailed claim in accordance with the terms and conditions contained herein.

| Details | | | | |
|---|---|---|---|---|
| Patient ID: | | Contact: | LIZ |
| Patient Name: | | Phone: | 213-355-3900 |
| Date(s) of Service: | 02/16/23 - 02/16/23 | Fax: | 213-355-3999 |
| Payor: | Anthem Blue Cross & Blue Shield | | |
| Claim ID: | | \*\*We are willing to accept a reduced payment of $33,150.00\*\* | |
| Provider: | SAN JOSE NEUROSPINE | | |
| Total Billed Amount: | $39,000.00 | | |
| Repriced Amount: | ~~$567.58~~ $33,150.00 | | |

**Terms**    This Agreement outlines Provider's willingness to accept the following terms on the above claim:

1. The Repriced Amount will be agreed to on this claim.
2. Any interest or penalties relating to the claims processed by the Payor will be waived by Provider.
3. In consideration, Provider will receive payment within 12-15 working days from the date this document is received in the Zelis office. The EOB/EOP remark will designate that the discount is through Zelis or PHX.
4. Payment from the Payor will be subject to any benefit plan terms such as deductibles, co-insurance, co-pays, exclusions and code edit reductions per the plan guidelines. Provider agrees not to balance bill the Payor, administrator and/or patient for the difference between the Total Billed Amount and the Repriced Amount in accordance with the terms of this Agreement.

**Acceptance**    I have the authority to accept the provisions outlined in this Agreement and further provide the payor the assurance the proceeds associated with this claim have not been previously assigned to any other organization.

Please sign below and fax to (908) 916-7830 or call us at (908) 389-8872.

_____    07/11/2023
Signature                           Date

LIZ MARQUEZ
Printed Name                        E-Mail Address

If you have any questions, please contact me at (908) 389-8872 (ext. ).

Sincerely,

_[signature]_

Brett Albert
Claims Negotiator

\*Zelis Claims Integrity LLC is not financially responsible and/or liable for any payments to the Provider. Payment of benefits, if any, is subject to the terms and conditions of the Payor's plan design and/or existing contracts. This agreement does not constitute, nor should it be construed as, a guaranty of payment by the Payor.



2 Crossroads Drive
Bedminster, NJ 07921
(908) 389-8872 Phone (ext. )
(908) 916-7830 Fax
brett.albert@zelis.com

# *Settlement Proposal*

| To: | LIZ | From: | Brett Albert |
|---|---|---|---|
| Fax: | (213)355-3999 | Pages: | 2 (Including Cover Sheet) |
| Re: | ▮▮▮▮▮▮▮▮▮▮ | Date: | 7/11/2023 |

Attached please find an agreement that needs to be authorized to expedite immediate payment.

If you have any questions or require any additional information please feel free to call me using the phone number located in the top left corner of this page.

The document in this facsimile transmission may contain privileged and confidential health information that is privileged and legally protected from disclosure by federal law, the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this facsimile is strictly prohibited. If you have received this information in error, please notify us immediately by telephone toll-free, at (888) 311 3505 and destroy this facsimile.

This facsimile has been sent by Zelis Healthcare, LLC ("Zelis") to those with an interest in the services provided by Zelis under our established business relationship. If you no longer wish to receive such communication from Zelis to your facsimile machine(s), please send your request by email to Zelis at unsubscribe@zelis.com with the identifying facsimile numbers to which you wish to opt-out. Zelis' failure to comply with the proper opt-out request is unlawful.

# zelis

Proposal Expires: 07/12/2023

The attached proposal is being submitted to you for consideration and remittance of payment on the below detailed claim in accordance with the terms and conditions contained herein.

**Details**

| | | | |
|---|---|---|---|
| Patient ID: | | Contact: | LIZ |
| Patient Name: | ▉▉▉▉▉▉▉▉▉▉ | Phone: | 213-355-3900 |
| Date(s) of Service: | 02/16/23 - 02/16/23 | Fax: | 213-355-3999 |
| Payor: | Anthem Blue Cross & Blue Shield | | |
| Claim ID: | ▉▉▉▉▉▉▉▉▉▉ | \*\*We are willing to accept a reduced payment of $33,150.00\*\* | |
| Provider: | SAN JOSE NEUROSPINE | | |
| Total Billed Amount: | $39,000.00 | | |
| Repriced Amount: | $567.58   $33,150.00 | | |

**Terms**  This Agreement outlines Provider's willingness to accept the following terms on the above claim:

1. The Repriced Amount will be agreed to on this claim.
2. Any interest or penalties relating to the claims processed by the Payor will be waived by Provider.
3. In consideration, Provider will receive payment within 12-15 working days from the date this document is received in the Zelis office. The EOB/EOP remark will designate that the discount is through Zelis or PHX.
4. Payment from the Payor will be subject to any benefit plan terms such as deductibles, co-insurance, co-pays, exclusions and code edit reductions per the plan guidelines. Provider agrees not to balance bill the Payor, administrator and/or patient for the difference between the Total Billed Amount and the Repriced Amount in accordance with the terms of this Agreement.

**Acceptance**  I have the authority to accept the provisions outlined in this Agreement and further provide the payor the assurance the proceeds associated with this claim have not been previously assigned to any other organization.

Please sign below and fax to (908) 916-7830 or call us at (908) 389-8872.

_____    07/11/2023
Signature                                                    Date

LIZ MARQUEZ                                           ▉▉▉▉▉▉▉▉▉▉
Printed Name                                              E-Mail Address

If you have any questions, please contact me at (908) 389-8872 (ext. ).

Sincerely,

*[signature]*

Brett Albert
Claims Negotiator

\*Zelis Claims Integrity LLC is not financially responsible and/or liable for any payments to the Provider.  Payment of benefits, if any, is subject to the terms and conditions of the Payor's plan design and/or existing contracts.  This agreement does not constitute, nor should it be construed as, a guaranty of payment by the Payor.



2 Crossroads Drive
Bedminster, NJ 07921
(908) 389-8872 Phone (ext. )
(908) 916-7830 Fax
brett.albert@zelis.com

# *Settlement Proposal*

| | | | |
|---|---|---|---|
| **To:** | LIZ | **From:** | Brett Albert |
| **Fax:** | (213)355-3999 | **Pages:** | 2 (Including Cover Sheet) |
| **Re:** | ▮▮▮▮▮▮▮▮▮▮ | **Date:** | 7/11/2023 |

Attached please find an agreement that needs to be authorized to expedite immediate payment.

If you have any questions or require any additional information please feel free to call me using the phone number located in the top left corner of this page.

The document in this facsimile transmission may contain privileged and confidential health information that is privileged and legally protected from disclosure by federal law, the Health Insurance Portability and Accountability Act (HIPAA). This information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that reading, disseminating, disclosing, distributing, copying, acting upon or otherwise using the information contained in this facsimile is strictly prohibited. If you have received this information in error, please notify us immediately by telephone toll-free, at (888) 311 3505 and destroy this facsimile.

This facsimile has been sent by Zelis Healthcare, LLC ("Zelis") to those with an interest in the services provided by Zelis under our established business relationship. If you no longer wish to receive such communication from Zelis to your facsimile machine(s), please send your request by email to Zelis at unsubscribe@zelis.com with the identifying facsimile numbers to which you wish to opt-out. Zelis' failure to comply with the proper opt-out request is unlawful.