UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **DENNIS C. AYER, DDS, LLC,** | |
| **Plaintiff,** | |
| v. | Case No. |
| **ZELIS HEALTHCARE, LLC;** **ZELIS CLAIMS INTEGRITY, LLC;** **UNITEDHEALTH GROUP, INC.;** **ELEVANCE HEALTH INC.;** **AETNA, INC.; and** **THE CIGNA GROUP,** | **JURY TRIAL DEMANDED** |
| **Defendants.** | |

## DESIGNATION OF PLACE OF TRIAL

Plaintiff Dennis C. Ayer, DDS, LLC requests designation of place of trial be in Kansas City, Kansas, pursuant to Rule 40.2.

Dated: March 31, 2025

Respectfully Submitted,

/s/ *Richard M. Paul III*
Richard M. Paul III *(KS 17778)*
Ashlea G. Schwarz (KS 23491)
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: (816) 984-8100
Facsimile: (816) 984-8101
Rick@PaulLLP.com
Ashlea@PaulLLP.com
**ATTORNEYS FOR PLAINTIFF**