UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| **DENNIS C. AYER, DDS, LLC,**<br><br>     **Plaintiff,**<br><br>v.<br><br>**ZELIS HEALTHCARE, LLC;**<br>**ZELIS CLAIMS INTEGRITY, LLC;**<br>**UNITEDHEALTH GROUP, INC.;**<br>**ELEVANCE HEALTH INC.;**<br>**AETNA, INC.; and**<br>**THE CIGNA GROUP,**<br><br>     **Defendants.** | Case No. 2:25-cv-02166-KHV-TJJ |

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Under Federal Rule of Civil Procedure 7.1(a), Plaintiff Dennis C. Ayer, DDS, LLC, a non-governmental corporate party, provides the following disclosures:

1. The following is a full and complete list of any parent corporation and any publicly held corporation owning 10% or more of the stock of Plaintiff Dennis C. Ayer, DDS, LLC:

    a. Plaintiff Dennis C. Ayer, DDS, LLC is a private company and has no parent corporation.

The undersigned acknowledges that should any of the information required under Rule 7.1(a) change, a supplemental disclosure must be promptly filed.

Dated: March 31, 2025               Respectfully Submitted,

                                    <u>/s/ Richard M. Paul III</u>
                                    Richard M. Paul III *(*KS 17778*)*
                                    Ashlea G. Schwarz (KS 23491)
                                    **PAUL LLP**
                                    601 Walnut Street, Suite 300
                                    Kansas City, Missouri 64106
                                    Telephone: (816) 984-8100
                                    Rick@PaulLLP.com
                                    Ashlea@PaulLLP.com

                                    **ATTORNEYS FOR PLAINTIFF**